**Steven W. BELL, Plaintiff—Appellant,**

v.

**DEPARTMENT OF REVENUE, State of North Carolina; Paul L. Jones, Judge; G. Dewey Hudson; Sampson County Board of Elections; Ken H. Crow, Defendants—Appellees.**

No. 04–6172.

United States Court of Appeals, Fourth Circuit.

Submitted: June 10, 2004.

Decided: July 26, 2004.

Steven W. Bell, Appellant pro se.

Before MICHAEL, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Steven W. Bell appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Bell v. Dep't of Revenue*, No. CA–03–714–5–H (E.D.N.C. Nov. 26, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*